THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY
 RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Juan M. Ward, Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
James R. Barber, Circuit Court Judge

Memorandum Opinion No.  2011-MO-030
 Submitted October 18, 2011  Filed October
24, 2011  

REVERSED

 
 
 
 Appellate
 Defender Elizabeth A. Franklin-Best, of South Carolina Commission on Indigent
 Defense, of Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley Elliott, Assistant Attorney General Brian T. Petrano, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the dismissal, after a hearing, of
 petitioner's post-conviction relief (PCR) application.  We grant the petition for a writ of
 certiorari, dispense with further briefing, and reverse.  
FACTUAL/PROCEDURAL BACKGROUND
Petitioner pled
 guilty on July 18, 2007 to possession with intent to distribute (PWID) crack
 cocaine, second offense, and unlawful carrying of a pistol, for which he
 received concurrent sentences of five years' imprisonment and one year
 imprisonment, respectively.  No direct appeal was taken.  Petitioner mailed his
 PCR application, which alleged that his
 guilty plea was involuntary and that plea counsel was ineffective, via certified mail to the Richland County
 Clerk of Court on July 11, 2008.  However, the application was not stamped as "filed"
 by the Richland County Clerk of Court until July 30, 2008.  Accordingly, the
 State moved to dismiss the application as untimely pursuant to S.C. Code Ann. §
 17-27-45(A) (2003).
The PCR judge
 concluded the application was filed on July 30, 2008, regardless of the date on
 which petitioner alleged it was mailed.  The PCR judge further found the
 registered mail receipt indicated the application was mailed and postmarked on
 July 16, 2008, not July 11, 2008.[1] 
 Noting that mailing does not constitute filing in the case of a PCR
 application, but instead, the application is considered filed when it is
 delivered to and 
received by the
 proper officer, the PCR judge found the application was filed outside of the
 statute of limitations.  Accordingly, the PCR judge issued a final order
 denying and dismissing the application.
ISSUE
Did the PCR judge
 err in dismissing petitioner's PCR application as untimely?
LAW/ANALYSIS
A PCR application
 must be filed within one year after conviction or within one year after the
 sending of the remittitur to the lower court from an appeal.  S.C. Code Ann. § 17-27-45(A) (2003).  A PCR application must be
 filed with the clerk of court in which the conviction took place.  S.C. Code
 Ann. § 17-27-40 (2003). 
 Mailing does not constitute filing for a PCR application.  Gary v. State, 347 S.C. 627, 629, 557 S.E.2d 662, 663
 (2001).  Instead, a PCR application is considered filed when it is delivered to
 and received by the clerk of court.  Id.
We find the PCR
 judge erred in finding petitioner's application was untimely.  Petitioner's
 certified mail receipt clearly states petitioner's PCR application was
 delivered to the Main Post Office in Columbia and was signed for on July 16,
 2008.  Therefore, we find the application
 was delivered to and received by the proper officer within the one-year statute
 of limitations.  See §17-27-45(A); Gary, 347 S.C. at 629, 557 S.E.2d at 663.
CONCLUSION
Because
 petitioner filed his PCR application within the one-year statute of
 limitations, we grant the petition for a writ of certiorari, dispense with
 further briefing, and reverse the PCR judge's finding that the application was
 untimely.  

REVERSED. 
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.

[1] This finding is not supported by the record because
 petitioners original receipt is stamped Bennettsville and the return receipt
 is stamped by the post office in Columbia on July 16, 2008.